FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA C., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 1:24-CV-3146-TOR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Defendant's Motion to Dismiss. ECF No. 4. The Court has reviewed the record and files herein and is fully informed.

The Agency has reopened Plaintiff's application and has not made a final decision subject to judicial review.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss, ECF No. 4, is **GRANTED**.

2. This case is **DISMISSED** with prejudice.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Executive is directed to enter this Order and Judgment of

2  Dismissal, furnish copies to counsel, and **CLOSE** the file.

3  DATED January 9, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2